ACCEPTED
07-14-00270-CV
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
4/27/2015 4:19:22 PM
Vivian Long, Clerk

**07-014-00270-CV**

## In the Court of Appeals for the Seventh Judicial District of Texas at Amarillo

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
4/27/2015 4:19:22 PM
VIVIAN LONG
CLERK

Priscilla Beltran Gutierrez,

Appellant

v.

The City of Laredo, Webb County, Laredo Community College and United Independent School District,

Appellees

*On Appeal from the 49ʰ Judicial District Court of Webb County, Texas
Hon. Jose A. Lopez, Presiding
Cause No. 2008-TXA-000706-D1*

## LAREDO COMMUNITY COLLEGE'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME

Respectfully submitted,

**KAZEN, MEURER & PÉREZ, L.L.P.**

*/s/ George Russell Meurer*
GEORGE RUSSELL MEURER
State Bar of Texas No.
211 Calle del Norte, Ste. 100
P.O. Box 6237
Laredo, Texas 78042-6237
(956) 712-1600 – Telephone
(956) 712-1628 – Facsimile
grmeurer@kmp-law.com – Email
*Attorney for Laredo Community College*

## LAREDO COMMUNITY COLLEGE'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME

Laredo Community College ("LCC") files this motion seeking an extension of fifteen (15) days to file its appellee's brief. None of the parties to this appeal opposes this motion. LCC's brief was originally due on March 26, 2015. On March 17, 2015, the Court granted a motion for extension of time, extending the deadline to the response until April 27, 2015. Granting this motion would make the brief due on May 12, 2015.

LCC does not seek this extension for purposes of delay only, but to allow its counsel on appeal a full opportunity to prepare the brief. Counsel for LCC has not been able to conclude the brief as a result of other obligations.

This unopposed extension is necessary because aside from devoting time to manage a fall workload, counsel has been involved preparing for hearings on eight substantive motions scheduled for April 27, 2015 in the 406th Judicial District in the case of Cesar *B. Botello Jr. and Adriana M. Botello vs. Glenn Sat Co, Inc.'s and Salvador Herrera Jimenez,* in case no. 2013CVT001260 D4 and in *Ruben Hinojosa v. Juan Angel Alanis Rodriguez and Unimex Logistics, LLC, in case no.* 2014CVF001002D4.

Further, counsel for LCC needs additional time to continue collaborating with counsel for appellee United Independent School District (UISD), the purpose of which is to file its brief collectively with UISD and the other taxing entities. Counsel for UISD has requested an unopposed extension of time to file its brief until May 12, 2015.

### PRAYER

LCC prays that the court grant this motion and extend by fifteen (15) days the due date of its appellee's brief until May 12, 2015.

\\Kmpsrv\documents\901.000\LAWSUITS\LCC v Carlos Gutierrez\Appeal Pleadings\Motion for Extension to File Appellee's Brief.02.doc

Respectfully submitted,

**KAZEN, MEURER & PÉREZ, L.L.P.**


*/s/ George Russell Meurer*
GEORGE RUSSELL MEURER
State Bar of Texas No.
211 Calle del Norte, Ste. 100
P.O. Box 6237
Laredo, Texas 78042-6237
(956) 712-1600 – Telephone
(956) 712-1628 – Facsimile
grmeurer@kmp-law.com – Email
*Attorney for Laredo Community College*


## CERTIFICATE OF CONFERENCE

I certify that on April 27, 2015, I conferred with Marisela Rangel, counsel for appellant, who stated that appellant does not oppose this motion. Counsel representing other parties also do not oppose the motion.


*/s/ George Russell Meurer*
GEORGE RUSSELL MEURER


## CERTIFICATE OF SERVICE

I certify that on April 27, 2015, a true and correct copy of this motion was served on the following counsel of record through the State provided E-filing Service Provider:

Baldemar Garcia, Jr.
Marisela Rangel
PWBM, LLP
602 East Calton Road, 2nd Floor
P.O. Drawer 6668 (78042)
Laredo, Texas 78041
Email:bgarcia@personehitworth.com
Facsimile: (956) 727-2696
*Counsel for Appellant*

Alberto Alarcon
Alarcon & Saenz, PLLC
1302 Washington
Laredo, Texas 78042-0207
*Email: aalarcon@sbcglobal.net*
*Facsimile: (956) 727-8597*
*Counsel for UISD*

Javier Montemayor, Jr.
Attorney at Law
7718 McPherson Rd., Suite F-150
Laredo, Texas 78045
Email: lawjm@sbcglobal.net
Facsimile: (956) 722-0246
*Counsel for Webb County*

Nathan Chu
Law offices of Nathan Henry Chu
5517 McPherson, Suite 14
Laredo, Texas 78041
Email: lawofficeofchu@gmail.com
Facsimile: (956) 728-7406
*Counsel for City of Laredo*


*/s/ George Russell Meurer*
GEORGE RUSSELL MEURER